CHERYL D. ORR (SBN 143196)
PHILIPPE A. LEBEL (SBN 274032)
VALERIE D. KAHN (SBN 286532)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone:  (415) 591-7500
Facsimile:  (415) 591-7510

Attorneys for Defendant, LRA WORLDWIDE, INC.

MARK LAIN VENARDI (SBN 173140)
MARCIN JACEK ZURADA (SBN 218235)
VENARDI ZURADA LLP
700 Ygnacio Valley Rd Ste 300
Walnut Creek, CA 94596
Telephone:  (925) 937-3900
Facsimile:  (925) 937-3905

Attorneys for Plaintiff, PETER VRICELLA,

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER VRICELLA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LRA WORLDWIDE, INC.,<br><br>　　　　　Defendant. | Case No. 2:15-cv-00737-TLN-CKD<br>Hon. Troy L. Nunley<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER THE COMPLAINT BY NOT MORE THAN THIRTY DAYS; AND ORDER THEREIN**<br><br>Complaint Served: 04/10/15<br>Current Response Date: 05/01/15<br>New Respond Date: 05/31/15 |

Plaintiff Peter Vricella ("Plaintiff") and Defendant LRA Worldwide, Inc. (collectively, "Defendant"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed this action on April 2, 2015;

WHEREAS, Defendant's answer to the Complaint originally was due on May 1, 2015; and

WHEREAS, Defendant has not previously been granted any extensions on its responsive pleading deadline in this action.

**STIPULATION**

THE PARTIES HEREBY STIPULATE AND AGREE THAT Defendant shall have an extension of time up to and including May 15, 2015 to file an answer to Plaintiff's Complaint.

Dated: April 30, 2015        DRINKER BIDDLE & REATH LLP

By: /s/
    Cheryl D. Orr
    Philippe A. Lebel
    Valerie D. Kahn

Attorneys for Defendant
LRA WORLDWIDE, INC.

Dated: April 30, 2015        VENARDI ZURADA LLP

By: /s/
    Mark Lain Venardi
    Marcin Jacek Zurada

Attorney for Plaintiff,
PETER VRICELLA,

**ORDER**

The parties having so stipulated, and based on a showing of good cause, IT IS HEREBY ORDERED THAT:

The deadline for Defendant to file an answer to the Complaint is continued from May 1, 2015, to May 15, 2015.

IT IS SO ORDERED

Dated:  May 1, 2015

_____
Troy L. Nunley
United States District Judge